ORIGINAL

REDACTED

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-675 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORA L. LEE MCCOY,<br><br>Defendant,<br><br>and<br><br>STATE BANK OF LISMORE,<br><br>Garnishee. | ) | APPLICATION FOR WRIT OF GARNISHMENT |

RECEIVED
JUL 23 2008
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Nora L. Lee McCoy, Social Security Number, XXX-XX-2936, with the last known address of XXXX, Lismore, MN 56155.

The judgment was entered on May 26, 2000, for STUDENT LOAN DEFAULT. The judgment was entered in the amount of $6,040.85, plus interest and costs.

As of July 9, 2008, after applying payments, if any, the balance on this judgment debt was $8,566.61 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from July 9, 2008, at a rate of 6.197% per annum.

SCANNED
JUL 24 2008
U.S. DISTRICT COURT MPLS

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: State Bank of Lismore, 190 S. Third Avenue, Lismore, MN 56155-0008

Dated: July 17, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600